1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2   SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
3   JULIE C. REAGIN (CABN 167934)
    Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7025
        FAX: (415) 436-7181
7       Julie.Reagin@usdoj.gov

8   Attorneys for Defendants United States Marine Corps,
    Department of the Navy, and United States Department of Defense

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13

14  NATIONAL PUBLIC RADIO, INC. and ERIC          Case No. 3:20-CV-2587-YGR
    WESTERVELT,                                   ORDER GRANTING
15                                                **STIPULATION AND [PROPOSED] ORDER
            Plaintiffs,                           REGARDING INITIAL CASE MANAGEMENT
16                                                CONFERENCE**
        v.
17
                                                   * as modified by the Court *
18  U.S. MARINES; U.S. NAVY; U.S.
    DEPARTMENT OF DEFENSE,
19
            Defendants.
20

21

22          WHEREAS, Plaintiffs National Public Radio, Inc. and Eric Westervelt ("Plaintiffs") seek the

23  documents they requested on July 29, 2019 of Defendants United States Marine Corps and the

24  Department of the Navy ("USMC/DON") pursuant to the FOIA, as well as attorney's fees.

25          WHEREAS, on April 15, 2020, Plaintiffs filed a Complaint under the Freedom of Information

26  Act in the above-entitled action, and Defendants filed an Answer and Affirmative Defenses on May 26,

27  2020.  (ECF Nos. 1 and 11.)

28

1    WHEREAS, Defendants deny that they have violated the FOIA and that Plaintiffs should receive
2    an award of attorney's fees or costs.

3    WHEREAS, an Initial Case Management Conference is currently set for July 6, 2020.  (ECF No.
4    10.)

5    WHEREAS, the Parties have met and conferred regarding case management and FOIA record
6    production issues.

7    WHEREAS, as a result of that meet and confer, the Parties agree that additional time is needed
8    for Defendants USMC/DON to complete their search and allow the Parties to work out an agreed-upon
9    schedule for the processing and release of any responsive records.

10    WHEREAS, the Parties seek to minimize the amount of time and resources that the Parties and
11    the Court need to devote to this case pending the completion of the Defendants' responses to Plaintiffs'
12    FOIA request.

13    NOW THEREFORE, the Parties hereby STIPULATE, by and through their undersigned counsel,
14    pursuant to Civil Local Rule 6-2 and 7-12, and based on the accompanying Declaration of Julie C.
15    Reagin, to the following terms addressing case management.

16    1.    <u>Vacating the Currently Scheduled Case Management Conference.</u>  The Parties request
17    that the Court vacate the currently scheduled July 6, 2020 Initial Case Management Conference.  The
18    Parties will provide the Court with a joint status report by August 21, 2020.  At that time, the Parties will
19    either request a further continuance of the Case Management Conference to allow for the completion of
20    the FOIA production(s) or, if the need arises, request the Court to set a Case Management Conference at
21    that time.  The Parties respectfully submit that this is the most efficient manner in which to proceed and
22    will conserve both the Parties' and the Court's resources.

23    2.    <u>Continuance of Ruling on Any ADR Process.</u>  The Parties request that the Court defer
24    ruling on any ADR process until the Initial Case Management Conference.

25    3.    <u>Relief From Initial Disclosure and Conference Requirements of F.R.C.P. 26(a) and (f).</u>
26    To allow time for Defendant USMC/DON to complete its responses to Plaintiffs' FOIA request and for
27    the Parties to resolve as many issues in the matter as possible between themselves, the Parties request

28

Stipulation and [Proposed] Order Re CMC
Case No. 3:20-cv-2587-YGR

that they be relieved from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

DATED: June 26, 2020                          Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              _____/s/ Julie C. Reagin_____
                                              JULIE C. REAGIN
                                              Assistant United States Attorney[1]
                                              Attorney for Defendants

DATED: June 26, 2020                          DAVIS WRIGHT TREMAINE LLP

                                              _____/s/ Thomas R. Burke_____
                                              THOMAS R. BURKE

                                              Attorney for Plaintiffs

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

Stipulation and [Proposed] Order Re CMC
Case No. 3:20-cv-2587-YGR

3

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Further, the Court hereby

2    SETS a compliance deadline for 9:01 a.m. on August 28, 2020.  Five (5) days prior to said

3    date, the parties shall file their joint status report.  If compliance is complete, the compliance

4    deadline will be taken off calendar.

5

6    DATED:_____June 29, 2020_____                    _____

7                                                            YVONNE GONZALEZ ROGERS
                                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Re CMC
Case No. 3:20-cv-2587-YGR