1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7025
       FAX: (415) 436-7181
7      Julie.Reagin@usdoj.gov

8  Attorneys for Defendants United States Marine Corps,
   Department of the Navy, and United States Department of Defense
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12
13
14 | NATIONAL PUBLIC RADIO, INC. and ERIC   | Case No. 3:20-CV-2587-YGR
   | WESTERVELT,                             |
15 |                                         | **JOINT STATUS REPORT AND REQUEST TO**
   |     Plaintiffs,                         | **CONTINUE INITIAL CASE MANAGEMENT**
16 |                                         | **CONFERENCE AND [PROPOSED] ORDER**
   |   v.                                    |
17 |                                         |
18 | U.S. MARINES; U.S. NAVY; U.S.           |
   | DEPARTMENT OF DEFENSE,                  |
19 |                                         |
   |     Defendants.                         |
20

23         Pursuant to the Court's Notice Continuing Compliance Deadline dated December 15, 2020, Dkt.
24 No. 22, the parties submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.
25         To allow time for the parties to resolve as many issues in this matter as possible between
26 themselves, the parties jointly request a further continuance of the Initial Case Management Conference.
27 The parties will provide the Court with an updated joint status report by March 11, 2021. At that time,
28

Jt. Status Rpt & Request to Continue CMC & [Proposed] Order
Case No. 3:20-cv-2587-YGR

1

the parties will either request a further continuance of the Case Management Conference to allow for the completion of the FOIA production or, if the need arises, request the Court to set a Case Management Conference at that time. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

DATED: February 5, 2021   Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/ Julie C. Reagin_____
JULIE C. REAGIN
Assistant United States Attorney[1]
Attorney for Defendants

DATED: February 5, 2021   DAVIS WRIGHT TREMAINE LLP

_____/s/ Thomas R. Burke_____
THOMAS R. BURKE
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

Jt. Status Rpt & Request to Continue CMC & [Proposed] Order
Case No. 3:20-cv-2587-YGR