| | |
|---|---|
| THOMAS R. BURKE (CABN 141930) | STEPHANIE M. HINDS (CABN 154284) |
| CAESAR D. KALINOWSKI (*pro hac vice*) | United States Attorney |
| JEAN FUNDAKOWSKI (CABN 328796) | MICHELLE LO (NYRN 4325163) |
| DAVIS WRIGHT TREMAINE LLP | Chief, Civil Division |
| 505 Montgomery Street, Suite 800 | MICHAEL A. KEOUGH (NYRN 5199666) |
| San Francisco, CA 94111 | Assistant United States Attorney |
| Telephone: (415) 276-6500 | 450 Golden Gate Avenue, Box 36055 |
| Facsimile: (415) 276-6599 | San Francisco, California 94102-3495 |
| Email: thomasburke@dwt.com | Telephone: (415) 436-7200 |
| | Fax: (415) 436-6570 |
| Attorneys for Plaintiffs | Email: michael.keough@usdoj.gov |
| | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. and ERIC WESTERVELT, | Case No. 4:20-CV-02587-YGR |
| Plaintiffs, | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| v. | |
| U.S. MARINES; U.S. NAVY; U.S. DEPARTMENT OF DEFENSE, | Compliance Deadline: April 22, 2022 |
| Defendants. | |

1  Pursuant to Local Rule 6-1(b) and Section 3 of Judge Gonzalez Rogers' Standing Order, Plaintiffs
2  National Public Radio, Inc. and Eric Westervelt (collectively, "NPR") and Defendants the U.S. Marine
3  Corp., the U.S. Navy, and the U.S. Department of Defense (collectively, "Defendants") hereby stipulate
4  and jointly move the Court as follows:

5  WHEREAS, on March 9, 2022, the Court granted the Parties' request and ordered that Plaintiffs
6  raise any additional objections to the Defendants' response to the FOIA requests underlying this action by
7  April 11, 2022, or, if the Plaintiffs did not object by that date, that the Parties shall file a stipulation and
8  proposed order that (1) stipulates to the reasonableness of Defendants' search and (2) requests that the
9  case be dismissed with prejudice (Dkt. Nos. 44, 47);

10  WHEREAS, the Parties must file a joint stipulation of dismissal or a joint statement explaining the
11  failure to do so by April 15, 2022 (five business days prior to the Court's April 22, 2022 compliance
12  deadline);

13  WHEREAS, NPR does not intend to raise additional objections to the Defendants' response to the
14  FOIA requests underlying this action by April 11, 2022, and intends to stipulate to the reasonableness of
15  the Defendants' search;

16  WHEREAS, the Parties have thus reached an agreement in principle to resolve the case but require
17  additional time to meet and confer to fully resolve Plaintiffs' request for attorney's fees and costs; and

18  WHEREAS, the Parties anticipate that an additional 30 day-extension of the April 15, 2022
19  deadline will allow the Parties sufficient time for that process, or, if it becomes necessary, for the Parties
20  to submit a joint briefing schedule to resolve Plaintiffs' fees and costs;

1  NOW, THEREFORE, NPR and Defendants, by and through their undersigned counsel, hereby
2 stipulate and agree that the deadline for the Parties to file a file a joint stipulation of dismissal or a joint
3 briefing schedule for Plaintiffs' fees and costs shall be **May 16, 2022**.

Respectfully submitted,

Dated:  April 6, 2022

DAVIS WRIGHT TREMAINE LLP

*/s/ Thomas R. Burke\**

Thomas R. Burke
Caesar D. Kalinowski
Jean Fundakowski

*Attorneys for Plaintiffs*

STEPHANIE M. HINDS
United States Attorney

*/s/ Michael A. Keough*

MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendant*

*\*Pursuant to Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document*

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. Having considered the Parties'
3  Stipulated Request for Order Changing Time and [Proposed] Order, it is hereby ORDERED that the
4  Parties will comply with the following case schedule:

5  1. The deadline for the Parties to file a joint stipulation of dismissal or a joint briefing schedule
6  for Plaintiffs' fees and costs shall be **May 16, 2022**.

7  DATED:_____

8
      _____
      HON. YVONNE GONZALEZ ROGERS
9           United States District Judge