1 | THOMAS R. BURKE (CABN 141930)
2 | CAESAR D. KALINOWSKI (*pro hac vice*)
  | JEAN FUNDAKOWSKI (CABN 328796)
3 | DAVIS WRIGHT TREMAINE LLP
  | 505 Montgomery Street, Suite 800
4 | San Francisco, CA 94111
  | Telephone: (415) 276-6500
5 | Facsimile:  (415) 276-6599
  | Email:  thomasburke@dwt.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. and ERIC WESTERVELT, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. MARINES; U.S. NAVY; U.S. DEPARTMENT OF DEFENSE, <br><br> Defendants. | Case No. 4:20-CV-02587-YGR <br><br> **BURKE DECLARATION IN SUPOPRT OF  STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** <br><br> Compliance Deadline:  April 22, 2022 |

I, Thomas R. Burke, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before all the courts in the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP and am one of the attorneys representing Plaintiffs National Public Radio and Eric Westervelt in this matter. The matters stated herein are true of my own personal knowledge and I could competently testify about them if called as a witness. I make this declaration in support of the Parties' Stipulated Request for Order Changing Time and [Proposed] Order.

2. On June 29, 2020, the Court granted the Parties' request to continue the July 6, 2020 case management conference to allow the Parties additional time for Defendants to complete their FOIA searches and to allow the Parties to work out an-agreed upon schedule for the processing and release of any responsive records, and set an August 17, 2020 date for the Parties to provide a joint status report (Dkt. Nos. 15, 16).

3. On October 26, 2020, the Court granted the Parties' request to continue the case management conference and to file a joint status report by December 11, 2020  (Dkt. Nos. 19, 20).

4. On December 15, 2020, the Court granted the Parties' request to continue the case management conference and to file a joint status report by February 5, 2021  (Dkt. Nos. 21, 22).

5. On February 8, 2021, the Court granted the Parties' request to continue the case management conference and to file a joint status report by March 5, 2021  (Dkt. Nos. 23, 24).

6. On March 9, 2021, the Court granted the Parties' request to continue the case management conference and to file a joint status report by April 16, 2021  (Dkt. Nos. 25, 26).

7. On April 26, 2021, the Court granted the Parties' request to continue the case management conference and to file a joint status report by May 7, 2021  (Dkt. Nos. 28, 29, 30).

8. On May 10, 2021, the Court granted the Parties' request to continue the case management conference and to file a joint status report by June 11, 2021  (Dkt. Nos. 31, 32).

9. On June 15, 2021, the Court granted the Parties' request to continue the case management conference and to file a joint status report by August 6, 2021  (Dkt. Nos. 33, 34, 35).

1  10. On August 6, 2021, the Court granted the Parties' request to stay the case until
2  November 19, 2021 (Dkt. Nos. 37, 38, 39).

3  11. On November 23, 2021, the Court granted the Parties' request to continue the stay
4  and to file a status report by March 3, 2022 (Dkt. Nos. 41, 42).

5  12. On March 9, 2022, the Court granted the Parties' request and ordered that
6  Plaintiffs raise any additional objections to Defendants' response to the FOIA requests
7  underlying this action by April 11, 2022, or, if the Plaintiffs did not object by that date, that the
8  Parties shall file a stipulation and proposed order that (1) stipulates to the reasonableness of
9  Defendants' search and (2) requests that the case be dismissed with prejudice (Dkt. Nos. 44, 47).

10  13. The Parties met and conferred by telephone on April 5, 2022.

11  14. Plaintiffs do not intend to raise additional objections to the Defendants' response
12  to the FOIA requests underlying this action by April 11, 2022, and intends to stipulate to the
13  reasonableness of the Defendants' search.

14  15. Although the Parties have reached an agreement in principal to resolve the case,
15  they require additional time to meet and confer to fully resolve Plaintiffs' request for attorney's
16  fees and costs.

17  16. The Parties anticipate that a 30-day extension of the April 15, 2022 deadline to
18  May 16, 2022 will allow the Parties sufficient time for that process, or, it if becomes necessary,
19  for the Parties to submit a joint briefing schedule to resolve Plaintiffs' fees and costs.

20

21  Executed at Albany, California, this 6th day of April, 2022.

_____
Thomas R. Burke

3
DECLARATION OF THOMAS BURKE
Case No. 4:20-cv-02587-YGR